Dismissed and Memorandum Opinion filed October 6, 2005









Dismissed and Memorandum Opinion filed October 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00694-CV

____________

 

GERALD HENDON,
Appellant

 

V.

 

CITIBANK
(SOUTH DAKOTA) N.A., Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause No.
828,486

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed June 1, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 18, 2005, notification was transmitted to all parties
of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 6, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.